# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAIAH MORSETTE,<br><br>Defendant. | Cause No. CR-22-09-GF-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR WITNESS TO APPEAR BY ZOOM** |

The Defendant, Isaiah Morsette, moved this Court for an order allowing his witness to appear via zoom for the detention hearing presently set for July 14, 2022 at 3:00p.m. The Government did not object. Accordingly, IT IS HEREBY ODERED that the motion is GRANTED. The Defendant's witness is allowed to appear via zoom for the sentencing hearing. Defense counsel will contact the Clerk of Court for the Zoom link.

DATED this 14th day of July, 2022.

_____
Brian Morris, Chief District Judge
United States District Court